THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* EUGENE MACIASZCZYK, Appellant.

Submitted November 15, 1943; decided November 19, 1943.

*Eugene Maciaszczyk,* in person, for motion for leave to appeal and in opposition to motion to dismiss appeal.

*Samuel J. Foley, District Attorney (George Tilzer* of counsel), in opposition to defendant's motion and for motion to dismiss appeal.

Motion for leave to prosecute appeal as a poor person denied.

Motion to dismiss appeal granted and appeal dismissed on the ground that no direct appeal from the order of the Court of Special Sessions lies to this Court.